**2014–0140.  Navistar, Inc. v. Levin.**

Board of Tax Appeals, No. 2010–575. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's motion for oral argument before the full court, it is ordered by the court that the motion is granted.

**2014–0876.  Akron Gen. Med. Ctr. v. Testa.**

Board of Tax Appeals, No. 2012–426. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's motion for oral argument before the full court, it is ordered by the court that the motion is granted.

**2014–1035.  State v. Wilks.**

Mahoning C.P. No. 13–CR–540. This cause is pending before the court as an appeal from the Court of Common Pleas of Mahoning County.

Upon consideration of appellant's motion to unseal record, it is ordered by the court that the motion is denied.

It is further ordered that counsel for appellant in this case, and counsel for appellant in his postconviction-relief proceedings, may come to the Supreme Court of Ohio clerk's office to review the sealed documents.

**In re Helfrich.**

On April 26, 2013, this court found James Helfrich to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Helfrich was prohibited from filing an affidavit of disqualification without first seeking leave. On December 24, 2014, Helfrich presented an application to proceed to file an affidavit of disqualification of Judge Richard M. Markus.

It is ordered by the court that the application to proceed to file an affidavit of disqualification is denied.

**2014–2057.  Chappell v. Morgan.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.